# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 17-CR-1034-LRR |
| vs. | **ORDER** |
| RICHARD LEROY PARKER, | |
| Defendant. | |

_____

The matter before the court is Defendant Richard Leroy Parker's "Motion to Consolidate Counts 1 and 2" ("Motion") (docket no. 61), which Defendant filed on December 21, 2017. On December 28, 2017, the government filed a Resistance (docket no. 76).

On August 24, 2017, a grand jury returned an Indictment (docket no. 2) charging Defendant with one count of distribution of a controlled substance near a protected location resulting in death in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C), 851 and 860(a), and two counts of possession with intent to distribute a controlled substance near a protected location in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C), 851 and 860(a). *See* Indictment at 1-4. In the Motion, Defendant requests that the court merge Counts 1 and 2 into a single count. *See* Motion at 1. Defendant asserts that the Indictment is multiplicitous, "as it allows the government to convict . . . Defendant of multiple counts for the same offense, in violation of the double jeopardy clause." Brief in Support of Motion (docket no. 61-1) at 2-3.

The Trial Management Order (docket no. 7) requires that "[a]ll motions not directly related to trial issues . . . must be filed within 28 days after the date of the arraignment. This deadline controls even if the trial date established in this order is continued." Trial Management Order at 5 (emphasis and internal citation omitted); *see also* LCrR 12(a).

Defendant was arraigned on August 28, 2017. *See* August 28, 2017 Minute Entry (docket no. 5). The Motion is untimely and Defendant has failed to establish good cause for the untimeliness of the Motion. *See* LCrR 12(e). Accordingly, the Motion is **DENIED**.

    **IT IS SO ORDERED.**

    **DATED** this 9th day of January, 2018.

                                          LINDA R. READE, JUDGE
                                          UNITED STATES DISTRICT COURT
                                          NORTHERN DISTRICT OF IOWA