# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RICHARD LEROY PARKER, Defendant. | No. 17-CR-1034-LRR  **ORDER** |

The matter before the court is the government's "Motion to Dismiss Without Prejudice" ("Motion") (docket no. 100), which the government filed on January 12, 2018. In the Motion, the government moves "to dismiss Count 3 of the Indictment in this matter without prejudice." Motion at 1.

Pursuant to Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). "[T]he district court may deny leave to dismiss an indictment . . . when the defendant objects to the dismissal, [or] when dismissal is clearly contrary to the manifest public interest." *United States v. Jacobo-Zavala*, 241 F.3d 1009, 1012 (8th Cir. 2001). In this case, the court finds that dismissal is not clearly contrary to the manifest public interest. *See id*. at 1013-14 (finding that dismissal is contrary to the manifest public interest when the prosecutor acts in bad faith or has other improper motives). Accordingly, the Motion is **GRANTED**. Count 3 of the Indictment (docket no. 2) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**DATED** this 12th day of January, 2018.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA